of counsel. Opinion by PRESIDING JUSTICE BARDENS. **Not to be published in full.** Opinion filed January 30, 1953; released for publication March 4, 1953.

In the Matter of Petition of Common School District Number 191 to Annex to Community Unit School District Number 187, Joe Quevreaux et al., Petitioners-Appellees, v. James Upchurch et al., Objectors-Appellants, and Community Unit School District Number 187, St. Clair County, Intervenor-Appellant.

Term No. 52–O–13.

Weihl & Weihl, Oehmke & Dunham, and Howard F. Boman, for appellants; Eugene H. Widman, for appellees. Opinion by PRESIDING JUSTICE BARDENS. **Not to be published in full.** Opinion filed January 30, 1953; rehearing denied February 26, 1953; released for publication March 4, 1953.